No. 11–7008. MAGEE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–7010. UNDERWOOD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 11–7011. RODRIGUEZ v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7016. THORNTON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–7018. SMITH v. NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7021. CROMER v. BODISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7023. CANTY v. ESGROW ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 11–7024. MARTINEZ v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7027. MARTINEZ v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO (two judgments). C. A. 10th Cir. Certiorari denied.

No. 11–7033. MUNTASER v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7037. MARSHALL v. MORTON ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7041. KELLEY v. RITTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–7042. KERCHEE v. JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 11–7046. CAVANESS v. HEIMGARTNER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.